UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TIMOTHY DEWAYNE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2-05-cv-24-RLY-WGH |
| | ) | |
| GARTLAND FOUNDRY, | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ORDER TO SHOW CAUSE

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, at 3:00 p.m., on June 16, 2005, on an Order to Show Cause.  Plaintiff failed to appear as directed.

**IT IS, THEREFORE, RECOMMENDED** by the Magistrate Judge that this case be **DISMISSED** pursuant to FED.R.CIV.P. 41 for failure to prosecute the action.  The Magistrate Judge **FURTHER RECOMMENDS** that this dismissal be without prejudice.

Plaintiff shall have ten (10) days from the date of filing of this Magistrate Judge's Report and Recommendation to file objections thereto and objections to entry of judgment in accordance therewith.

**SO ORDERED.**

**Dated:** 06/20/2005

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**<u>Copy to</u>:**

Timothy Dwayne Bailey
1130 S 17th St.
Terre Haute, IN  47802